FILED
2022 DEC 16 AM 11: 41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: SB

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America PLAINTIFF(S) v. Anthony Denson DEFENDANT(S). | CASE NUMBER: MJ 22-04942 DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **HSI**
in the **Western** District of **Tennessee** on **12/13/22**
at ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title **21** U.S.C., Section(s) **841(a)(1)**
to wit: **Manufacture, Distribute, Dispense, possess a controlled sub.**

A warrant for defendant's arrest was issued by: **Thomas M. Gould**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/16/22**
Date

**B. [signature]**
Signature of Agent

**Breanna Glenn**
Print Name of Agent

**FBI**
Agency

**Special Agent**
Title

CR-52 (03/20)      DECLARATION RE OUT-OF-DISTRICT WARRANT